IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

J & J SPORTS PRODUCTIONS, INC, :

        Plaintiff(s), :   Case No. 3:11-cv-332
                          Judge Walter Herbert Rice
                    :

  - vs -

                    :

SERGIO MUNOZ, et. al.,
                    :

        Defendant(s).

---

J & J SPORTS PRODUCTIONS, INC, :

        Plaintiff(s), :   Case No. 3:11-cv-333
                          Judge Walter Herbert Rice
  - vs -                 :

SERGIO MUNOZ, et. al., :

        Defendant(s).

**ORDER OF CONSOLIDATION, WITHOUT OBJECTION**

The above captioned causes are consolidated under case 3:11-cv-332, with all further filings to be made in that case; case 3:11-cv-333 is to be administratively processed and accordingly, terminated upon the docket of this Court.

It is so ORDERED.

January 26, 2012

                                                            WALTER HERBERT RICE, JUDGE
                                                            UNITED STATES DISTRICT COURT